# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

DALYCE BURVANT

VERSUS

AXIS SURPLUS INSURANCE
COMPANY A/K/A AXIS INSURANCE
SERVICES, LLC AND HOOTERS OF
LOUISIANA, LLC A/K/A
HOOTER'S OF SLIDELL

NO.  2025 CW 0673

**NOVEMBER 03, 2025**

---

In Re:    Axis Surplus Insurance Company and Wings Up of
          Slidell, LLC, applying for supervisory writs, 22nd
          Judicial District Court, Parish of St. Tammany, No.
          201912355.

---

**BEFORE:   LANIER, WOLFE, AND HESTER, JJ.**

**WRIT NOT CONSIDERED.** Relators failed to provide a copy of all the pleadings on which the May 15, 2025 trial court ruling was founded and failed to provide a copy of all exhibits attached to their Motion for Summary Judgment in violation of Uniform Rules of Louisiana Courts of Appeal, Rule 4-5(C)(8). In particular, the relators failed to provide a copy of their "Reply in Support of Motion for Summary Judgment and Supplemental Memorandum in Opposition to Plaintiff's Cross Motion for Summary Judgment" and a copy of Exhibit 1, ("physical media containing [surveillance] video)", which was attached to the relators' Motion for Summary Judgment. In addition, the writ application further failed to comply with Rule 4-5(C)(9), as it failed to include a copy of any opposition, and attachments thereto, if any, filed by a party in the trial court or a statement by the applicant that no opposing written document was filed.

Supplementation of this writ application and/or an application for rehearing will not be considered. Uniform Rules of Louisiana Courts of Appeal, Rules 2-18.7 & 4-9.

In the event relators seek to file a new application with this court, it must contain all pertinent documentation, the missing items noted above, and must comply with Uniform Rules of Louisiana Courts of Appeal, Rule 2-12.2. Any new application must be filed on or before December 03, 2025, and must contain a copy of this ruling.

                    **WIL**
                    **EW**
                    **CHH**


COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
   FOR THE COURT